UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PIETRO PASQUALE ANTONI SGROMO,<br><br>                    Plaintiff,<br><br>     -against-<br><br>PEACOCK ALLEY ENTERTAINMENT, *et al.*,<br><br>                    Defendants. | 20-CV-6658 (LLS)<br><br>CIVIL JUDGMENT |

   Pursuant to the order issued September 9, 2020, dismissing the complaint,

   IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

   IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   November 12, 2020
         New York, New York

                                                          _Louis L. Stanton_
                                                           Louis L. Stanton
                                                              U.S.D.J.